UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

**Somers Construction Services Inc., a.k.a.
Alpha Building and Remodeling, Inc.,**

      -and-                                                                  **CERTIFICATE OF
                                                                                       SERVICE**

**Vasyl VEZHDEL,**

                Plaintiffs,                        Civil Action Docket No.: 07 cv 8341

                -against-

**Elaine L. CHAO, UNITED STATES SECRETARY OF LABOR;
EMPLOYMENT AND TRAINING ADMINISTRATION,**
Philadelphia Backlog Processing Center;
**UNITED STATES DEPARTMENT OF LABOR;**

                **Defendants.**
-----------------------------------------------------------------------X

Stacy A. Huber, hereby declares:

1.    I am an attorney, duly authorized to practice law in the State of New York.

2.    On September 26, 2007, I served a true and correct copy of the Summons and Complaint and

      Petition for Writ of Mandamus, by first class mail addressed to the following:

| | | |
|---|---|---|
| U.S. Department of Labor | -and- | Elaine L. Chao |
| Francis Perkins Building | | U.S. Secretary of Labor |
| 200 Constitution Ave., NW | | U.S. Department of Labor |
| Washington, D.C. 20210 | | 200 Constitution Ave., NW |
| | | Washington, D.C. 20210 |
| | -and- | |
| Employment and Training Administration | | U.S. Attorneys Office |
| Philadelphia Backlog Center | | Southern District of New York |
| 1 Belmont Avenue, Suite 220 | | 86 Chambers Street, 3rd Floor |
| Bala Cynwyd, PA 19004 | | New York, NY 10007 |

      I certify that the foregoing is true and correct to the best of my knowledge, information and

belief.

Dated:   September 26, 2007
         Melville, New York                                                Stacy A. Huber