UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
Somers Construction Services Inc., a.k.a.
Alpha Building and Remodeling, Inc.,
Vasyl VEZHDEL,                                            <u>NOTICE OF DISMISSAL</u>

               Plaintiffs,                       Civil Action Docket No.
                                                                  07 CV 8341
  -against-                                                       (RMB)

Elaine L. CHAO, UNITED STATES SECRETARY OF LABOR;
EMPLOYMENT AND TRAINING ADMINISTRATION,
Philadelphia Backlog Processing Center;
UNITED STATES DEPARTMENT OF LABOR;

              Defendants.
-------------------------------------------------------------------------------X

      The above-captioned action is hereby voluntarily dismissed without costs or attorney's fees to either party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: October 30, 2007
       Melville, New York

      Attorney For Petitioner:                      /s/
                                                         MICHAEL P. DiRAIMONDO
                                                          DiRaimondo & Masi, LLP
                                                          401 Broadhollow Road, Suite 302
                                                          Melville, New York 11747
                                                          (631) 777-5557