UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Somers Construction Services Inc., a.k.a.
Alpha Building and Remodeling, Inc.,
Vasyl VEZHDEL,

                Plaintiffs,

-against-

Elaine L. CHAO, UNITED STATES SECRETARY OF LABOR;
EMPLOYMENT AND TRAINING ADMINISTRATION,
Philadelphia Backlog Processing Center;
UNITED STATES DEPARTMENT OF LABOR;

                Defendants.
-----------------------------------------------------------------X

NOTICE OF DISMISSAL

Civil Action Docket No.
07 CV 8341
(RMB)

The above-captioned action is hereby voluntarily dismissed without costs or attorney's fees to either party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: October 30, 2007
      Melville, New York

Attorney For Petitioner:

                /s/
MICHAEL P. DiRAIMONDO
DiRaimondo & Masi, LLP
401 Broadhollow Road, Suite 302
Melville, New York 11747
(631) 777-5557

CLERK TO CLOSE THIS CASE.

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
11/1/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07